# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Carlos Riestra Delgado
v.
Tom James Company

CASE NUMBER: 97-2654 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.14.00   **Docket # 19**<br>[x] Plffs   [x] Defts   [ ] Other<br>**Title:** Stipulation for voluntary dismissal | Granted and approved. Judgment shall be entered accordingly. |

Date 2/15/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


