ENTERED ON DOCKET
2/16/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carlos Riestra Delgado
v.                    CASE NUMBER: 97-2654 (HL)
Tom James Company

## JUDGMENT

The Court having approved the parties' stipulation for voluntary dismissal, judgment is hereby entered dismissing this case with prejudice and without costs or attorneys' fees.

DATE 2/15/00

HECTOR M. LAFFITTE
Chief U.S. District Judge